WHITE & WHITE
ATTORNEYS AT LAW

DIARMUID WHITE
diarmuid@whiwhi.com

BRENDAN WHITE
brendan@whiwhi.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

TEL: (212) 861-9850
FAX: (212) 861-9870

November 6, 2007

BY FAX

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Aleksander Lipkin, et al., 06 CR 1179 (S-2) (RJH)

With the consent of Assistant United States Attorney Katherine R. Goldstein, this is to request that the terms of defendant Alexander Kaplan's pretrial release, which restrict his travel to the Southern District of New York and the Eastern District of New York, be modified to permit travel to the District of New Jersey.

Application Granted
SO ORDERED
RJH
USDJ
11/9/07

Very truly yours,

Diarmuid White
Attorney for Alexander Kaplan

cc: Katherine R. Goldstein, Assistant United States Attorney (by fax)