```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
        - against -             :    S2 06 Cr. 1179 (RJH)
                                :
                                :    NOTICE OF MOTION
ALEKSANDER LIPKIN, et al.,      :
                                :
                Defendants.     :
                                :
--------------------------------X
```

PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Diarmuid White, Esq., and the previous papers filed and proceedings had heretofore herein, defendant ALEXANDER KAPLAN will move before the Honorable Richard J. Holwell at the federal courthouse located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court, for an order granting the pretrial relief sought in the annexed affirmation, and for such other and further relief as is just and proper.

Dated: New York, New York
       December 19, 2007

                                   Respectfully submitted,

                                   _/s/_____
                                   Diarmuid White
                                   WHITE & WHITE
                                   Attorney for Defendant
                                   148 East 78th Street
                                   New York, NY  10075
                                   (212) 861-9850

```
TO:  MICHAEL J. GARCIA, United States Attorney
     Katherine R. Goldstein, Jonathan B. New
     Assistant United States Attorneys, Of Counsel
     Office of the United States Attorney
     One St. Andrews Plaza
     New York, NY  10007
     (212) 637-2641/1049

     Clerk of the Court
```