**WHITE & WHITE**
ATTORNEYS AT LAW

DIARMUID WHITE
diarmuid@whlwhl.com

BRENDAN WHITE
brendan@whlwhl.com

148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

TEL: (212) 861-9850
FAX: (212) 861-9870

RECEIVED
APR [illegible] 2008
CHAMBERS OF
RICHARD J. HOLWELL

April 24, 2008

BY FAX

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Re: United States v. Aleksander Lipkin, et al., 06 CR 1179 (S-2) (RJH)

Dear Judge Holwell:

With the consent of Assistant United States Attorney Katherine R. Goldstein, this is to request that the terms of defendant Alexander Kaplan's pretrial release, which restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey be modified to permit his traveling with his wife to St. Petersburg, Florida, on Thursday, May 15, 2008, for the wedding of his sister-in-law, returning on Monday, May 19, 2008.

So ORDERED

[signature]
USDJ
4/28/08

Very truly yours,

[signature]
Diarmuid White
Attorney for Alexander Kaplan

cc: Katherine R. Goldstein, Assistant United States Attorney (by fax)