PS 8
(8/88)

**UNITED STATES DISTRICT COURT**
for the
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED JUL 18 2008 U.S. DISTRICT COURT CHAMBERS OF RICHARD J. HOLWELL

JUL 24 2008 S.D. OF N.Y.

U.S.A. vs. Alexander Kaplan                                  Docket No. 06 Cr. 1179 −27 (RJH)

Petition for Action on Conditions of Pretrial Release

Comes now Edward Santos, Pretrial Services Officer, presenting an official report upon the conduct of defendant Alexander Kaplan, who appeared before Magistrate Judge Theodore H. Katz and was released on June 11, 2007 on a $500,000 personal recognizance bond secured by $200,000 cash/property, cosigned by 3 financially responsible persons, surrender of all travel documents (no new applications), with travel limits to the Southern/Eastern Districts of New York and strict Pretrial supervision to include drug testing/treatment.

Respectfully presenting petition for action of the Court and for cause as follows:

The defendant's urinalyses have proven negative since August 29, 2007. Therefore, Pretrial Services respectfully requests that the <u>defendant's bail be modified by removing drug testing and treatment as conditions of release.</u>

An updated criminal record check revealed no arrests during the supervision period and Assistant <u>U.S. Attorney Jonathan New consents</u> to said modification.

ORDER OF COURT

Considered and ordered this __23__ day of __July__, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct

Edward Santos

_____
U.S. Pretrial Services Officer
Place: SDNY, NY
Date: July 17, 2008

JUL 25 2008 -9 08 AM