**WHITE & WHITE**
ATTORNEYS AT LAW

DIARMUID WHITE
diarmuid@whiwhi.com

BRENDAN WHITE
brendan@whiwhi.com

148 EAST 76TH STREET
NEW YORK, NEW YORK 10075

TEL: (212) 861-9850
FAX: (212) 861-9870



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

August 5, 2008

BY FAX to (212) 805-7948

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

,27

Re: United States v. Aleksander Lipkin, et al., 06 CR 1179 (S-2) (RJH)

Dear Judge Holwell:

With the consent of Assistant United States Attorney Katherine R. Goldstein, this is to request that the terms of defendant Alexander Kaplan's pretrial release, which restrict his travel to the Southern District of New York, the Eastern District of New York, and the District of New Jersey be modified to permit his traveling with his companion to Miami, Florida, on Thursday, August 7, 2008, and returning on Sunday, August 10, 2008.

SO ORDERED

[signature]
USDJ
8/20/08

Very truly yours,

/s/
Diarmuid White

Attorney for Alexander Kaplan

cc: Katherine R. Goldstein, Assistant United States Attorney
 (by fax to (212) 637-2937)